COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ACE FIRE UNDERWRITERS INSURANCE COMPANY, | § | No. 08-14-00214-CV |
| | § | |
| Appellant/Cross-Appellee, | | Appeal from the |
| | § | |
| v. | | 439th District Court |
| | § | |
| SUZANNE GARNER, INDIVIDUALLY AND AS NEXT FRIEND OF R.G., A MINOR, | § | of Rockwall County, Texas |
| | | (TC# 1-12-68) |
| | § | |
| Appellee/Cross-Appellant. | § | |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss the appeal pursuant to Rule 42.1(a)(1) because the parties have resolved the disputed issues and they no longer wish to appeal. *See* TEX.R.APP.P. 42.1(a)(1)(authorizing appellate court to dismiss appeal on the appellant's motion). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring them.

STEVEN L. HUGHES, Justice

November 10, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.